IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-0 8 4 |
| | ) | |
| v. | ) | INFORMATION |
| | ) | |
| JENNIFER LEIGH STOUT, | ) | T. 18 U.S.C § 1343 |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

## Introduction

At times material to this Information:

1.      The defendant, JENNIFER LEIGH STOUT (hereinafter "STOUT"), was a resident of Urbandale, Iowa, in the Southern District of Iowa.

2.      Associated Anesthesiologists, P.C. (hereinafter "AAPC") was a professional corporation and medical practice located in West Des Moines, Iowa, in the Southern District of Iowa.

3.      From in or around October 2017 to in or around March 2020, STOUT was employed as the Office Manager of AAPC.

4.      In her capacity as AAPC's Office Manager, STOUT had access to AAPC's accounting system and bank accounts, including the ability to write checks on AAPC's bank account and initiate transfers of funds from that account.

## The Scheme and Artifice to Defraud

5.      Beginning in or around December 2017, and continuing until in or around March 2020, in the Southern District of Iowa, STOUT voluntarily and

1

intentionally devised and participated in a scheme and artifice to defraud AAPC, and to obtain money from AAPC by means of materially false and fraudulent pretenses, representations, and promises, and by the intentional concealment of material facts.

6.     It was part of the scheme that STOUT voluntarily and intentionally used AAPC's company funds to make unauthorized payments to STOUT via checks and interstate wires from AAPC's bank account.

7.     It was part of the scheme that STOUT voluntarily and intentionally used her access to AAPC's bank account to make numerous unauthorized ACH transfers of funds from AAPC's bank account into STOUT's own personal bank accounts for STOUT's own use.

8.     It was part of the scheme that STOUT knowingly and intentionally used her access to AAPC's bank account to issue numerous unauthorized checks to herself from AAPC's bank account and deposited those checks into STOUT's own personal bank accounts for STOUT's own use.

9.     It was part of the scheme that STOUT voluntarily and intentionally concealed from AAPC that STOUT was making unauthorized payments to herself via checks and ACH transfers using AAPC funds. STOUT voluntarily and intentionally concealed those facts by using her access to AAPC's accounting system to disguise the unauthorized payments to herself as seemingly legitimate expenses of AAPC, such as reimbursements to AAPC patients and payments to AAPC vendors.

10.    In furtherance of the scheme, STOUT used and caused the use of interstate electronic wire transfers.

2

### Count 1
### (Wire Fraud)

11.     Paragraphs 1-10 of this Information are re-alleged and incorporated herein.

12.     On or about January 24, 2020, in the Southern District of Iowa and elsewhere, the defendant, JENNIFER LEIGH STOUT, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money by means of false and fraudulent pretenses and representations, did knowingly cause monies to be delivered by means of interstate wire, to wit: STOUT made an unauthorized ACH transfer of $3,411 from AAPC's Iowa State Bank account ending in 367 to STOUT's Wells Fargo Bank account ending in 830. STOUT voluntarily and intentionally concealed this unauthorized ACH transfer from AAPC by falsely recording the transfer in AAPC's accounting system as a medical insurance expense. STOUT used interstate wires in that the unauthorized ACH transfer was routed via interstate wire through the Federal Reserve Bank in Chicago, Illinois, before being wired to STOUT's Wells Fargo bank account in the Southern District of Iowa.

This is a violation of Title 18, United States Code, Section 1343.

Richard D. Westphal
United States Attorney

By: _____
Ryan W. Leemkuil
Assistant United States Attorney

3